**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:20-CV-1194-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 14, for an extension of time to file a first amended complaint. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: May 28, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1