IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:20-CV-1194-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's first amended complaint, ECF No. 18.

Plaintiff names the following as Defendants: (1) the California Department of Corrections and Rehabilitation (CDCR); (2) Kern Valley State Prison (KVSP); (3) Corcoran, California State Prison (Corcoran); and (4) California State Prison, Sacramento (CSP-Sac). See ECF No. 18, pg. 2. Plaintiff makes three (3) claims. See id. at 1-5.

First, Plaintiff alleges an excessive force claim against six or seven unnamed officers in KVSP. See id. at 3. Plaintiff alleges that he was handcuffed, punched, kicked, and hit with a baton suffering broken ribs, broken teeth, busted lips, a swollen nose, a swollen cheekbone, a fractured jaw, cuts on his forehead, and bruises all over his chest. See id.

///

1           Second, Plaintiff alleges an excessive force claim against Singh, an officer at

2   Corcoran.  See id. at 4.  Plaintiff claims that Singh punched Plaintiff in the face and head between

3   ten (10) and twenty (20) times after being transported from San Joaquin Valley Hospital in 2017.

4   See id.  Plaintiff suffered a cut lip, bloody nose, and cut in his head.  Id.

5           Third, Plaintiff alleges a violation of his right to receive mail.  See id. at 5.

6   Plaintiff states that Long, Torres, Jones, and Peluso have been stealing Plaintiff's mail

7   "everyday."  See id.  Plaintiff does not state where this allegedly occurred.  "When they are

8   working, I never see my expected mail, and it becomes lost."  Id.  Plaintiff states that his family

9   and friends have been writing, but he never hears from them or sees their mail.  See id.  However,

10  when Long, Torres, Jones, and Peluso are not working, Plaintiff will receive mail.  See id.

11          The alleged civil rights violations appear to have taken place in Kings and Kern

12  Counties, which are within the boundaries of the Fresno division of the United States District

13  Court for the Eastern District of California.  See Local Rule 120(b).  Pursuant to Local Rule

14  120(d), a civil action which has not been commenced in the proper division of the Court may, on

15  the Court's own motion, be transferred to the proper division.  Because the Sacramento division

16  of this Court is not the proper division, this action will be transferred to the Fresno division.

17          Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

18  United States District Court for the Eastern District of California sitting in Fresno.

20  Dated:  October 12, 2021

                                                    _____
                                                    DENNIS M. COTA
                                                    UNITED STATES MAGISTRATE JUDGE

2